UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE.<br><br>    Defendants. | Civil Action No.  13-191 (JEB) |

## ORDER

    Plaintiff filed a Complaint seeking an order compelling the United States Department of Justice to produce records it sought under the Freedom of Information Act, 5 U.S.C. § 552. Defendant has now filed its Answer.  In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  Under Local Civil Rule 16.3(b)(1), however, actions for review on an administrative record are exempt from these requirements.  It is the Court's experience that this exemption avoids inefficient and unnecessary effort on the part of the parties since such cases are invariably decided by motion.

    The Court therefore ORDERS that the parties shall consult and file a joint proposed briefing schedule on or before April 3, 2013.

    **SO ORDERED**.

    /s/ *James E. Boasberg*
    JAMES E. BOASBERG
    United States District Judge

Date: March 20, 2013