# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY ) <br> AND ETHICS IN WASHINGTON ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 13-00191(JEB) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order dated March 20, 2013, the parties have meet and conferred and hereby propose the following briefing schedule:

1. Defendant will file a Motion for Summary Judgment on or before Wednesday, May 1, 2013;

2. Plaintiff will file an Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment on or before Friday, May 31, 2013;

3. Defendant will file an Opposition to Plaintiff's Cross-Motion and a Reply Memorandum in Support of its Motion for Summary Judgment on or before Friday, June 21, 2013;

4. Plaintiff will file a Reply Brief on or before Monday, July 8, 2013.

Dated: April 3, 2013                                     Respectfully Submitted,

CITIZENS FOR RESPONSIBILITY                STUART F. DELERY
AND ETHICS IN WASHINGTON                   Acting Assistant Attorney General

                                                                    JOHN R. TYLER
                                                                    Assistant Director


 */s/ Scott Hodes*                                            */s/ Marsha Stelson Edney*
SCOTT HODES                                                MARSHA STELSON EDNEY
P.O.Box 42002                                                 U.S. Department of Justice
Washington D.C. 20015                                    Civil Division

infoprivacylaw@yahoo.com
Phone: 301-404-0502
Attorney for Plaintiff

Federal Programs Branch
20 Massachusetts Ave. NW
Room 7148
Washington, D.C. 20530
Telephone: (202) 514-4520
Facsimile: (202) 616-8470
E-mail: marsha.edney@usdoj.gov
Attorney for Defendant